

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00419-CV

James Ernest **WALLACE** Sr.,
Appellant

v.

Letitia Ann **WALLACE**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10056
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant James Ernest Wallace, Sr.

SIGNED February 28, 2024.

_____
Irene Rios, Justice